# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROQUE LARIOS, JR., | Case No. 1:24-cv-00302-SKO-HC |
| Petitioner, | ORDER DISMISSING PETITIONER'S MOTION FOR STAY AND ABEYANCE WITH LEAVE TO AMEND |
| v. | |
| ISMAEL ALOMARI, Warden, | [Doc. 3] |
| Respondent. | |

Petitioner is a state prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On March 1, 2024, Petitioner filed the instant habeas petition. (Doc. 1.) Petitioner also filed a motion for stay and abeyance pending exhaustion of his state remedies. (Doc. 3.)

Petitioner is advised that the motion is deficient because Petitioner has failed to set forth the claims he intends to exhaust and to demonstrate good cause for a stay.  He indicates that the statute of limitations is expiring soon. While the Court understands Petitioner's concern in seeking to stay the limitations period, the Court will not grant a blanket stay to permit Petitioner to research and discover claims at his leisure.  Doing so would undermine the purpose behind AEDPA's limitations period.

Petitioner's motion for stay will be dismissed with leave to renew.  Petitioner is instructed to set forth the claims he wishes to exhaust in state court, the reasons why they were

1

only now discovered, and authority for granting the stay.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that Petitioner's motion for stay is DISMISSED with leave to renew.

IT IS SO ORDERED.

Dated:  **March 13, 2024**              /s/ *Sheila K. Oberto*            
                                       UNITED STATES MAGISTRATE JUDGE