1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROQUE LARIOS, JR.,                    No.  1:24-cv-00302-KES-SKO (HC)

12              Petitioner,                **ORDER STAYING BRIEFING SCHEDULE
                                           PENDING RESOLUTION OF MOTION
13        v.                               FOR RECONSIDERATION**

14   ISMAEL ALOMARI, Warden,               **[Doc. 26]**

15              Respondent.

16

17        Petitioner is a state prisoner proceeding *pro se* and *in forma pauperis* with a petition for

18   writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On January 6, 2025, the matter was referred

19   back to this Court for further proceedings. On January 7, 2025,[1] the undersigned issued an order

20   setting a briefing schedule on the petition. (Doc. 26.) It has come to the Court's attention that on

21   the same date, January 7, 2025, Respondent filed a motion for reconsideration of the District

22   Court's order denying the motion to dismiss. (Doc. 25.) In light of this filing, the briefing

23   schedule on the petition is STAYED pending resolution of the motion for reconsideration.

24
25   IT IS SO ORDERED.

26   Dated:   __**January 8, 2025**__              ____*/s/ Sheila K. Oberto*_____
                                                   UNITED STATES MAGISTRATE JUDGE
27
     _____
28   [1] The order was signed on January 7, 2025, and docketed on January 8, 2025.

                                             1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28